```
Label Matrix for local noticing          Streamline Production Group, LLC        Streamline Productions, LLC
0650-3                                   725 Cool Springs Blvd.,Ste525           c/o Gregory C. Logue, Esq.
Case 3:23-bk-02638                       Franklin, TN 37067-2795                 P.O. Box 900
MIDDLE DISTRICT OF TENNESSEE                                                     Knoxville, TN 37901-0900
Nashville
Fri Jun  6 09:01:40 CDT 2025

701 Broadway Room 170                    ALK Design (Amy Kinssies                AdventHealth Foundation Inc.
Nashville, TN 37203-3979                 Suite 6                                 Jack Brennan, Esq.
                                         Nashville TN 37216                      301 E. Pine St., Suite 1400
                                                                                 Orlando, FL 32801-2741

Aimee Lea Kinssies Design, LLC           Attn: Recovery First Citizens Bank      BMO BANK N A
3823 Gallitan Pike, Ste 6                10201 Centurion Parkway N               1625 W FOUNTAINHEAD PKWY
Nashville TN 37216-2690                  Jacksonville, FL 32256-0541             TEMPE AZ 85282-2371

BackD                                    Brian Nesbitt                           Bryan D. Press, Esq.
2101 S 135 Frontage Road                 7410 Walling Lane                       Metro Group of New York
Ste 400                                  Dallas TX 75231-7338                    49 W Mt Pleasant Ave., Box 2371
Austin TX 78741                                                                  Livingston, NJ 07039-7085

CTS Audio                                Christa Acevedo                         ClearLine Networks
7108 Crossroads Blvd.                    9003 Brooks Crossing                    5925 Clarksvillw Highway
Brentwood TN 37027-7900                  Mount Juliet TN 37122-6383              Joelton TN 37080-8974

Convention Products Rigging, Inc         Cube Services, Inc.                     DTM Media
325 Deeps Woods Circle                   4098 S. McCarran Blvd                   319 Calvin St
Nashville TN 37214-4401                  Reno NV 89502-7527                      Ste 205
                                                                                 Franklin TN 37064

Diane 'Bonnie' Wright                    Elan Pcard                              Endless Edge, LLC
212 Silo Ct                              Cardmember Services                     Ste 205
Nashville TN 37221-3544                  P O Box 6335                            Franklin TN 37067
                                         Fargo ND 58125-6335

Fourth Capital                           Getty Music                             Hemphill Bros Coach Company
10 Lea Avenue, Ste 900                   P O Box 120187                          P O Box 290605
Nashville TN 37210-3536                  Mount Juliet TN 37122                   Nashville TN 37229-0605

Hi-Tech Staffing                         Hi-Tech Staffing LLC                    Highwoods Realty
8312 Michale Ray Dr.                     8312 Michael Ray Dr                     3322West End Ave.
Louisville KY 40219-5219                 Louisville, KY 40219-5219               Ste 600
                                                                                 Nashville TN 37203-6831

Hudson Insurance Company                 IPFS Corporation                        Ironclad, Inc.
Hudson Insurance Company Attn: Sara Phil 30 Montgomery Street                    71 Stevenson St. #600
3950 Priority Way South Drive            Suite 501                               San Francisco, CA 94105-2966
Indianapolis, IN 46240-6427              Jersey City, NJ 07302-3821
```

| | | |
|---|---|---|
| Larissa Cantu<br>13000 Terrapin St<br>Franklin TN 37067-6652 | Life Church Operations, LLC<br>4600 East Second Street<br>Edmond, OK 73034-7550 | Michael Andrews Audio Visual Services Inc.<br>c/o Metro Group of New York<br>49 W Mt Pleasant Ave., Box 2371<br>Livingston, NJ 07039-7085 |
| Michael Smallbone<br>P O Box 944<br>Franklin TN 37065-0944 | PD Technologies, LLC<br>1205 Hopaka St<br>Honolulu HI 96814-4302 | Quest Events, LLC<br>3200 Sirius Ave. #F<br>Las Vegas NV 89102-0400 |
| RJ Young<br>P O Box 415000<br>Nashville TN 37241-5000 | Rock-It Global<br>Ste 238<br>Lititz PA 17543 | Safe Network Solutions<br>501 Metroplex Dr.<br>Suite 115<br>NASHVILLE, TN 37211-3131 |
| Safe Network Solutions<br>Ste 115<br>Nashville TN 37211 | Second Light, LLC<br>6737 Centennial Blvd<br>Nashville TN 37209-1017 | Spain & Higginbotham<br>1127 West Main St<br>Franklin TN 37064-3111 |
| Spain & Higginbotham CPA Group PLLC<br>1127 W Main St<br>Franklin, TN 37064-3111 | Staging Solutions<br>2014 Lou Ellen Ln<br>Houston TX 77018-6118 | Steelcase Financial Services<br>901 44th St S.E.<br>Grand Rapids MI 49508-7594 |
| Streamline Productions, LLC<br>6220 Enterprise Dr.<br>Knoxville TN 37909-1223 | Studio Four One, LLC<br>P O Box 1411<br>Franklin TN 37065-1411 | Symphony Advice<br>Ste 310<br>Franklin TN 37067 |
| The Little Giant Lighting & Grip<br>Suite A<br>Brisbane CA 94005 | The Little Giant Lighting & Grip Co.<br>211 S. Hill Dr., Ste A<br>Brisbane, CA 94005-1263 | Thomas 'Chad' Landers<br>61 Fairway St<br>Crossville TN 38571-0278 |
| UNITED MEDIA LLC<br>1801 MERIDIAN ST<br>APT 325<br>NASHVILLE TN 37207-5313 | US TRUSTEE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>701 BROADWAY STE 318<br>NASHVILLE, TN 37203-3966 | Vitullo Advisory Services<br>2405 N. Sheffield Ave. #14524<br>Chicago IL 60614-8233 |
| Voice Scouts<br>1267 Seven Lakes North<br>West End NC 27376-9759 | Waterford Law Group<br>P O Box 1089<br>Franklin TN 37065-1089 | Wendi D. Zebell c/o Thomas H. Forrester<br>150 3rd Ave South, Suite 1700<br>Nashville, TN 37201-2041 |
| Willianson County Trustee<br>Administrative Cmplex<br>West Main St<br>Franklin TN 37064 | Wizzardly, LLC<br>85 Columbus St<br>Charleston SC 29403-4813 | Zoominfo Technologies, LLC<br>805 Broadway, Ste 900<br>Vancouver WA 98660-3506 |

| | | |
|---|---|---|
| E. COVINGTON JOHNSTON<br>JOHNSTON & STREET<br>236 PUBLIC SQ SUITE 103<br>FRANKLIN, TN 37064-2520 | EVA M LEMEH<br>Eva M. Lemeh, Chapter 7 Trustee<br>380 Spring Creek Road<br>Lebanon, TN 37087-1403 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Fourth Capital Bank | (u)Highwoods Realty Limited Partnership | (u)Ironclad, Inc. |
| (u)Nashcomm, Inc | (u)South Western Communications, Inc | (d)Streamline Productions, LLC<br>c/o Gregory C. Logue, Esq.<br>P.O. Box 900<br>Knoxville, TN 37901-0900 |
| (u)Travelbank | (u)Volvo Financial | (u)Wendi Dawn Zebell |

End of Label Matrix
Mailable recipients    61
Bypassed recipients     9
Total                  70