SO ORDERED.
SIGNED 20th day of August, 2025

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Charles M. Walker
U.S. Bankruptcy Judge



IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| STREAMLINE PRODUCTION GROUP, LLC, | ) | |
| | ) | Case No: 3:23-bk-02638 |
| | ) | Chapter 7 |
| | ) | Judge Walker |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| EVA M. LEMEH, TRUSTEE, | ) | |
| | ) | |
| PLAINTIFF. | ) | Adv. Proc. No. 3:25-ap-90080 |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GO LIVE PRODUCTIONS, LLC, | ) | |
| | ) | |
| DEFENDANT. | ) | |
| _____ | ) | |
| | ) | |

| EVA M. LEMEH, TRUSTEE, | ) | |
|---|---|---|
| PLAINTIFF. | ) | Adv. Proc. No. 3:25-ap-90081 |
| vs. | ) | |
| HEMPHILL BROTHERS LEASING COMPANY, LLC, | ) | |
| DEFENDANT. | ) | |
| EVA M. LEMEH, TRUSTEE, | ) | |
| PLAINTIFF. | ) | Adv. Proc. No. 3:25-ap-90083 |
| vs. | ) | |
| MICHAEL ANDREWS AUDIO VISUAL SERVICES INC., | ) | |
| DEFENDANT. | ) | |

**ORDER APPROVING COMPROMISE AND SETTLEMENT**

This matter having come for hearing on the motion (the "Motion") filed Eva M. Lemeh, chapter 7 trustee herein ("Trustee"), pursuant to section 105 of the Bankruptcy Code and Bankruptcy Rule 9019, for an order approving the compromise and settlement of the following adversary proceedings (the "APs") against the following defendants (the "Defendants"):

| **Adversary Proceeding No. (the "APs")** | **Defendant (the "Defendants")** |
|---|---|
| 25-90080 | Go Live Productions, LLC |
| 25-90081 | Hemphill Brothers Leasing Company, LLC |
| 25-90083 | Michael Andrews Audio Visual Services, Inc. |

2

And no party-in-interest having timely filed a response to the Motion; and the Court being satisfied that the relief herein is appropriate under the circumstances; and the court being otherwise sufficiently advised,

IT IS HEREBY FOUND THAT:

A.    The Trustee, in the proper exercise of her business judgment, determined that the relief afforded herein is in the best interests of the Debtor's creditors.

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1.    The Motion is granted.

2.    The Trustee is hereby authorized to enter into all necessary documents, including settlement agreements or agreed orders, to consummate the following settlements:

    (a)  Go Live Productions, LLC; AP No. 25-90080: Go Live Productions, LLC shall pay the Trustee $2500.00 in full and final settlement of AP No. 25-90080. Go Live Productions, LLC shall also be deemed to have waived any claims against this estate. Upon receipt of $2500.00, the Trustee shall dismiss AP No. 25-90080 with prejudice.

    (b)  Hemphill Brothers Leasing Company, LLC; AP No. 25-90081: Hemphill Brothers Leasing Company, LLC shall pay the Trustee $13,572.81 in full and final settlement of AP No. 25-90081. Hemphill Brothers Leasing Company, LLC shall also be deemed to have waived any claims against this estate. Upon receipt of $13,572.81, the Trustee shall dismiss AP No. 25-90081 with prejudice.

    (c)  Michael Andrews Audio Visual Services, Inc.; AP No. 25-90083: Michael Andrews Audio Visual Services, Inc. shall pay the Trustee $16,817.58 in full and final settlement of AP No. 25-90083. Michael Andrews Audio Visual Services, Inc. shall also be deemed to have waived any claims against this estate that results from the payment of the settlement payment hereunder. Upon receipt of $16,817.58, the Trustee shall dismiss AP No. 25-90083 with prejudice.

3.    The Court will retain jurisdiction to adjudicate any disputes that may arise under this order and to enforce the terms of this order.

> This order was signed and entered electronically as indicated at the top of the first page.

AGREED TO AND
APPROVED FOR ENTRY:

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: 615-465-6008
phillip@thompsonburton.com

*Counsel to Trustee*