IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| STREAMLINE PRODUCTION GROUP, LLC, ) | |
| ) | Case No: 3:23-bk-02638 |
| ) | Chapter 7 |
| ) | Judge Walker |
| Debtor. ) | |
| ) | |
| _____ ) | |
| ) | |
| EVA M. LEMEH, TRUSTEE, ) | |
| ) | |
| PLAINTIFF. ). | Adv. Proc. No. 3:25-ap-90083 |
| ) | |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL ANDREWS AUDIO VISUAL ) | |
| SERVICES INC., ) | |
| ) | |
| DEFENDANT. ) | |

## NOTICE OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING

COMES NOW the Chapter 7 Trustee, through counsel, and files this Notice of Voluntary Dismissal of Adversary Proceeding (the "Notice") pursuant to the terms of the Order Approving Compromise and Settlement entered in this matter, and hereby dismisses all claims and causes of action against the Defendant in the above-captioned matter, with prejudice.

Dated: December 4, 2025.

Respectfully Submitted,

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, Tennessee 37067
Tel: 615.465.6008
Fax: 615.807.3048
Email: phillip@thompsonburton.com

Counsel for the Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I certify that I caused a true and correct copy of the foregoing document to be served via electronic mail and/or electronic notice through the Court's CM/ECF system on the following;

Jacob Frumkin, counsel for the Defendant
JFrumkin@coleschotz.com

This 4th day of December, 2025.

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.